1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11   CYNTHIA STILLS,                        )   Case No.: 1:17-cv-0846- JLT
                                            )
12              Plaintiff,                  )   ORDER GRANTING EXTENSION OF TIME
                                            )
13        v.                                )   (Doc. 13)
                                            )
14   NANCY A. BERRYHILL[1],                 )
     Acting Commissioner of Social Security,)
15                                          )
                Defendant.                  )
16

17        On December 6, 2017, the parties stipulated for an extension of time for Plaintiff to file an

18   opening brief. (Doc. 13)  Notably, the Scheduling Order permits a single thirty-day extension by the

19   stipulation of parties (Doc. 6 at 4), and this is the first extension requested by either party.  Based upon

20   the stipulation of the parties, and good cause appearing, the Court **ORDERS:**

21        1.     The request for an extension of time is **GRANTED**; and

22        2.     Plaintiff **SHALL** file an opening brief no later than **January 5, 2018**.

23

24   IT IS SO ORDERED.

25      Dated:   **December 10, 2017**              **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE
26

27

28

        [1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal
     Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.