# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA STILLS,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-00486 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JANUARY 16, 2018 |

Previously, the Court ordered Plaintiff to show cause why the action should not be dismissed. (Doc. 15) Plaintiff filed a timely response to the Court's order, reporting the failure to file a timely opening brief was due to an error in placing the deadline on counsel's calendar. (Doc. 16) In addition, Plaintiff filed her opening brief in the action. (Doc. 17)

Because Plaintiff complied with the terms set forth by the Court, the order to show cause dated January 16, 2018 (Doc. 15) is **DISCHARGED**.

IT IS SO ORDERED.

    Dated: **February 12, 2018**          **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.