# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA STILLS,<br><br>        Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:17-cv-0486 - JLT<br><br>AMENDED ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On December 20, 2018, Cynthia Stills and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 27)

Accordingly, the Court **ORDERS**:

1. Subject to the terms of the parties' stipulation, fees and expenses in the amount of $5,000.00 are **AWARDED** to Plaintiff, Cynthia Stills; and
2. Plaintiff's motion for fees and expenses (Doc. 26) is terminated as **MOOT**.

IT IS SO ORDERED.

Dated: **January 4, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE